EXHIBIT A
Allocation of Settlement Amounts

| Plaintiff Name | For Unpaid Overtime Wages | For Liquidated Damages | Total Settlement |
|---|---|---|---|
| Alvarez, Danny | $ 49.00 | $ 36.36 | $ 85.36 |
| Angone, Carli | 120.99 | 89.78 | 210.77 |
| Arellano, Juan | 153.14 | 113.64 | 266.78 |
| Benson, Brent | 101.44 | 75.27 | 176.71 |
| Bessamer, Eva | 51.61 | 38.29 | 89.90 |
| Bilecki, Ed | 68.96 | 51.17 | 120.13 |
| Booher, John | 823.37 | 610.98 | 1,434.35 |
| Bulawa, Scott | 159.12 | 118.08 | 277.20 |
| Darden, Fred | 1,554.57 | 1,153.57 | 2,708.14 |
| Durham, Eric | 441.24 | 327.42 | 768.66 |
| Felmdan, Eli | 971.06 | 720.58 | 1,691.64 |
| Fritz, Jerry | 34.25 | 25.42 | 59.67 |
| Gilbert, Francis | 311.14 | 230.88 | 542.02 |
| Glazebrook, Chris | 91.54 | 67.93 | 159.47 |
| Gruber, Easton | 265.03 | 196.66 | 461.69 |
| Hamburg, Chris | 187.56 | 139.18 | 326.74 |
| Harrison, Art | 51.61 | 38.29 | 89.90 |
| Huffman, Justin | 986.42 | 731.98 | 1,718.40 |
| Johnson, Eric | 800.69 | 594.15 | 1,394.84 |
| Kramer, Gregor | 408.86 | 303.40 | 712.26 |
| Lee, Jason | 504.01 | 374.01 | 878.02 |
| Leggett, Chris | 128.16 | 95.10 | 223.26 |
| Mangnall, Bryan | 25.50 | 18.92 | 44.42 |
| Martinez, David | 85.96 | 63.79 | 149.75 |
| Merder, Jason | 270.00 | 200.35 | 470.35 |
| Mihelic, Jeffery | 254.88 | 189.13 | 444.01 |
| Mihelic, Joe | 144.00 | 106.86 | 250.86 |
| Morales, Mike | 320.51 | 237.83 | 558.34 |
| Mulvey, Mike | 37.45 | 27.79 | 65.24 |
| Murray, Connor | 55.04 | 40.85 | 95.89 |
| Oliver, Scott | 100.24 | 74.38 | 174.62 |
| Peterson, Bertil | 365.21 | 271.01 | 636.22 |
| Phipps, Chris | 79.45 | 58.96 | 138.41 |
| Repar, Paul | 231.19 | 171.55 | 402.74 |
| Shaw, Chris (Jolly) | 1,442.22 | 1,070.20 | 2,512.42 |
| Simsik, Eric | 102.93 | 76.38 | 179.31 |
| Svitek IV, Lou | 51.12 | 37.93 | 89.05 |
| Svitek, Lou | 374.86 | 278.16 | 653.02 |
| Thomson, Gabe | 33.64 | 24.96 | 58.60 |
| Trusky, Phillip | 769.57 | 571.06 | 1,340.63 |
| Wright, Paul | 150.00 | 111.31 | 261.31 |
| Yumping, Archie | 848.94 | 629.96 | 1,478.90 |
| | $14,006.47 | $10,393.53 | $24,400.00 |