# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Justin Huffman, Gregor Kramer, Archie Yumping, and Christopher Shaw, individually and on behalf of all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br>Jam Productions, Ltd., Event Productions, Inc., Standing Room Only Inc., and Victoria Operating Company, LLC, <br><br>     Defendants. | Case No. 16-cv-8616 <br> Magistrate Judge Cox |

## CONSENT TO JOIN SUIT AS A PARTY PLAINTIFF
*(This form must be completed in ink, not pencil.)*

  I swear and affirm that the following statements are true to the best of my knowledge. By my signature below I represent to the Court that I was employed by Jam Productions, Ltd., Event Productions, Inc., Standing Room Only Inc., and/or Victoria Operating Company, LLC ("Defendants") at some point from November 9, 2013, to November 9, 2016. During that time, I was not paid overtime wages for all hours over forty that I worked in a week when (a) I worked for more than one of the Defendants in a week, and my total hours for all of the Defendants that I worked for during that week were more than forty; and/or (b) I worked for Event Productions under both the special events division and the concert division in the same week, and my total hours for both divisions for that week were more than forty.

  I understand that this lawsuit is brought under federal and state law, specifically the Fair Labor Standards Act of 1938, 29 U.S.C. Section 201, *et seq.* and the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq*. I also understand that the lawsuit seeks recovery for liquidated damages and attorneys' fees. I authorize through this Consent the settlement of this lawsuit in my name and on behalf of similarly situated persons. I also nominate and authorize Justin Huffman, Gregor Kramer, Archie Yumping, and Christopher "Jolly Roger" Shaw, the Named Plaintiffs in this case, to act as the Settlement Committee and to represent me in settlement negotiations. I agree to be bound by the terms of the settlement agreement and release executed on May 19, 2017.

_____  Date signed: _____
Signature

_____  Telephone number: _____
Print name

_____
Street address, City, State, ZIP

*Your completed Consent may be returned using the enclosed prepaid envelope,*
*or by scanning and emailing to davidhg@jbosh.com.*